# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FELLOWS,<br><br>            Plaintiff,<br><br>    v.<br><br>LEROY D. BACA, et al.,<br><br>            Defendants. | Case No. CV 10-0698-RSWL (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

      IT IS HEREBY ORDERED that (1) Defendants' Motion to Dismiss Plaintiff's claims against Defendants Baca, Waters, Antuna, Bisaha, Joliff, Balian, Volpicelli, and Labadlabad is DENIED; and (2) Defendants Baca, Waters, Antuna, Bisaha, Joliff, Balian, Volpicelli, and

1  Labadlabad shall file an Answer to Plaintiff's First Amended Complaint within thirty (30) days
2  of this Order.
3     IT IS SO ORDERED.
4
5  DATED: July 16, 2012          RONALD S.W. LEW
                                 RONALD S. W. LEW
6                                SENIOR, U. S. DISTRICT COURT JUDGE

2